**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 141 MM 2018

           Respondent              :

             v.                    :

MEGAN ELIZABETH PUCHALSKI,      :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of October, 2018, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared allocatur petition within five days.